Exhibit A to the Complaint

**Location:** White Plains, NY  
**Total Works Infringed:** 25

**IP Address:** 72.89.239.246  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 016060D8A4B8B3C9CC6FC28CF3DEEDCE8E623DDF<br>File Hash: 4558EDD1590214488F491A6615974CB332ADDCA54BE588A7C233A7D69317B0A4 | 01-02-2023 13:27:39 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 2 | Info Hash: A3A6EC4DD32C9E8C9AE92DC40BAA51E4C52A3399<br>File Hash: 4C96EA211CC048F17CBA21D0C24A68A0E74F25F0AEDE9B79A8DE47E680B0E722 | 12-29-2022 12:45:11 | Slayed | 07-05-2022 | 07-21-2022 | PA0002367492 |
| 3 | Info Hash: 61147700F18BA0D2A3923D049DB3EBA0F7B0C7AF<br>File Hash: 3EF231AB1305F9FB3C421A3BDB8E139D879D3D36C8BB818F47A9B406E28FBDC4 | 12-28-2022 12:36:24 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 4 | Info Hash: AED64FD04B65BDFA9544EF30284EA327EE7500AB<br>File Hash: FEABD3C5B598743A306D77CCAB57BA28FD51576350BAE69F1FBD6F6FB33D5A99 | 12-22-2022 18:00:04 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 5 | Info Hash: D7A0B85F7307AE2F81C6C68F71E9EB027767313A<br>File Hash: C4838FCCAE5F1D86728A4BF598C7DF4FF0B4FE6EA245A90BBF7E5B0896CE6135 | 12-21-2022 02:48:43 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |
| 6 | Info Hash: 7ED92D8AA22B261BCDB57F37297A623FE1F9F060<br>File Hash: F82F1D943C014372D82E7D4C79F34CB619AE968AA2EF2461F5B32E85D9E7422A | 12-19-2022 09:17:53 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 7 | Info Hash: 5B898718B15B70CA4FEB83925EBE4524B6E042B0<br>File Hash: B6FEC8244B4400064D5C81DEE5EA5078C9DAB6C34333E46D0F40B2985EDBA2F2 | 12-12-2022 12:53:24 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 8 | Info Hash: 07D7A0268FF305FC596921D0686F5571A4643EC1<br>File Hash: 0A208DB93149FD634D150179A8FF6CA7F5A82E8BD8983B93F98CD5956D8822D2 | 12-09-2022 12:22:20 | Slayed | 06-14-2022 | 07-21-2022 | PA0002367489 |
| 9 | Info Hash: 486675E78048F691B853CFD5388D5C7586CFDF0B<br>File Hash: 379B4457D922DF9A452BF730D4807ABC37DDB9A8121161EBADAB9E427D48D3FA | 12-08-2022 11:34:15 | Slayed | 06-07-2022 | 07-21-2022 | PA0002367487 |
| 10 | Info Hash: 62796E2992EEDFA45A749579C18CEC06177A8192<br>File Hash: 1EECB89AE7A2CDF33481E26B5172AB19B8B99472CF0D6BCB18E3E96E6615E7BF | 12-08-2022 00:13:20 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 11 | Info Hash: 9D45680EAA811134A872DA4E5BE7BE3D8CCB44B9<br>File Hash: DF768B4B022C8410DAE34D167783B4CBD6C3790064DA02532D048398BB3DB70D | 12-05-2022 13:47:05 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 77E8A79154E7862B4B0C5C209D895080F1EA88BA<br>File Hash: 203BB239CDF2E23A160F5562DC01FC58A2D29774E84B0D2C8031A7BAF18E8C3C | 12-03-2022 00:56:15 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 13 | Info Hash: 077B8CDBE54EA6F77389D5A814D9F84D82BD4E5C<br>File Hash: B724F4670670D7AE28D5B4F8A6C952916EE20BE51E0CBEEC809AC9C36CD78AB1 | 12-01-2022 11:52:25 | Slayed | 05-31-2022 | 06-09-2022 | PA0002361663 |
| 14 | Info Hash: 4A0FB7BAE5E74225C5E54B6A24E3BAE8AD7D5292<br>File Hash: 8719C46C9115213ECFCC4A87B150E0DE1AF2BAFBC0B608CF5C269B94A92EA813 | 11-25-2022 10:28:21 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |
| 15 | Info Hash: D8BE776F787387335A471AA784350C68A51C1031<br>File Hash: 0404863C30BEEBCD25C7E14416CA9E1212A3DF614BE1BBC2DDE4F1CC9060D775 | 11-24-2022 07:55:07 | Slayed | 05-17-2022 | 06-09-2022 | PA0002361673 |
| 16 | Info Hash: CC9940611BC3E245EB2BBD12D08F766733624EDC<br>File Hash: 0FD586D9FDE069E2057CA6E01C0F80DFAC14DBAC60EF195747AEDAE1DD46B9A1 | 11-21-2022 11:55:22 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 17 | Info Hash: 58E1C5FFAEAE2305C462A674F45F4B348FB3520A<br>File Hash: 3A4A3F514AE3678C64AFD327E77F5688622AEC506C3DFD0EE94592573C3F4CE1 | 11-19-2022 11:54:24 | Slayed | 05-10-2022 | 06-09-2022 | PA0002361671 |
| 18 | Info Hash: 324688AD05A5C64445328FA68396E15D957E9A18<br>File Hash: 0B9046D2740F96449457BCD7AF4D8D1E8CDFD21293994027FC9B54D2B20ECBC4 | 11-17-2022 11:36:56 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 19 | Info Hash: 15B966586EBD5A87C6049D20B7C99E5AB9FA1930<br>File Hash: 1FA8772057F04ECCE5DBB42B0F6BB3BFCE23CB44FCAFE73FEE0E8DEB5695BFAE | 11-14-2022 12:05:09 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 20 | Info Hash: 25926D761E3DFF088836348DB09EB891AD042E5F<br>File Hash: 7805AB0AAFCADA29A8F36D2645B3F5E19CEF6E37BA87243AD3571B1B979313BD | 11-09-2022 00:05:15 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 21 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash: 0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10-24-2022 22:50:19 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 22 | Info Hash: 4D93F4FB8CFF6B319778B7AA15FBEE54A4964862<br>File Hash: 1887F620C4288B41827C85A7C226937D98682F28A9DEB01360EA10C0A43C77E7 | 10-23-2022 10:32:34 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 23 | Info Hash: FE489257524EBD9BF2822D3141896384CF645292<br>File Hash: D63F25214F36BBCA9DDB40C18E2258F16A565C81E26465135423055535B09F0C | 10-17-2022 17:45:12 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E50BD1CB3ACC48401B3791C2B069C93C3AF8D311<br>File Hash:<br>BA77C9FD83CFB2B241E063CBC7AF668D4D583FC5C2854C0F22CB85F4245BEDA2 | 10-13-2022 19:43:20 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 25 | Info Hash: DE8CBCD7296E751C15C8392D639EAC1BFA02113B<br>File Hash:<br>35BF493D07BD5974C8A1F563F5E7B1767534F7FAB88C07DB5957012FFC140E67 | 10-10-2022 12:49:11 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |