# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.                                       Case No. 7:23-cv-00812-VB

JOHN DOE, subscriber assigned IP       Judge Vincent L. Briccetti
address 72.89.239.246,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 72.89.239.246. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 7, 2023                              Respectfully submitted,

                                                       By:   /s/ *Jacqueline M. James*
                                                       Jacqueline M. James, Esq. (1845)
                                                       The James Law Firm, PLLC
                                                       445 Hamilton Avenue, Suite 1102
                                                       White Plains, New York 10601
                                                       T: 914-358-6423
                                                       F: 914-358-6424
                                                       E-mail: jjames@jacquelinejameslaw.com
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  /s/ *Jacqueline M. James*
                                                    Jacqueline M. James